Morris and Essex R. R. Co. v. State.

CHARLES W. LYNDE, appellant,

v.

MARY W. LYNDE, respondent.

On appeal from an order of the chancellor, whose opinion is reported in *Lynde* v. *Lynde, 9 Dick. Ch. Rep. 473.*

PER CURIAM.

Decree affirmed, for the reasons given by the chancellor.

*For affirmance*—THE CHIEF-JUSTICE, COLLINS, DEPUE, DIXON, GARRISON, GUMMERE, LIPPINCOTT, LUDLOW, VAN SYCKEL, BOGERT, DAYTON, HENDRICKSON, NIXON—13.

*For reversal*—None.

THE MORRIS AND ESSEX RAILROAD COMPANY et al.

v.

THE STATE, EX REL. THE STATE BOARD OF HEALTH.

On appeal from a decree advised by Vice-Chancellor Pitney, whose opinion is reported in *State* v. *Jersey City, 10 Dick. Ch. Rep. 116.*

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, GARRISON, GUMMERE, LIPPINCOTT, LUDLOW, VAN SYCKEL, BOGERT, DAYTON, HENDRICKSON, NIXON—11.

*For reversal*—None.